```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00068
   STEVEN A SEGARD
   LISA L SEGARD                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-1410    SSN XXX-XX-4612
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/03/08 .

    2.  The case was dismissed without confirmation, 04/25/2008.

    3.  The Debtor paid a total of $   1000.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FREMONT INVESTMENT & LOA | SECURED | .00 | .00 | .00 |
| FREMONT INVESTMENT & LOA | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | 942.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ALLSTEEL CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTEEL CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTEEL CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EMERGENCY ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DD DHARKAR MD | UNSECURED | NOT FILED | .00 | .00 |
| RMS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST SAVINGS CREDIT CAR | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROVENA MERCY | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY WEST COMM HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00           .00           .00           .00           .00
PRINCIPAL PAID               942.00           .00           .00           .00        942.00
INTEREST PAID                   .00           .00           .00           .00           .00
TOTAL PAID                   942.00           .00           .00           .00        942.00
```
The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   3500.00
and was paid $   2500.00  direct and $       .00  through the plan.

The Trustee received $     58.00 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 07/17/08                          /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE